The decision below is hereby signed.  Dated: October 27, 2006.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| BENEFICIAL FINANCIAL ) | Case No. 02-02265 |
| SERVICES, INC., et al., ) | (Chapter 11) |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| PREMIUM OF AMERICA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. |
| v. ) | 04-10454 |
| ) | |
| AMSCOT MEDICAL LABS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

DECISION RE MOTION FOR SUMMARY JUDGMENT

Dr. Irena Sheyn, one of the defendants, has filed a motion for summary judgment.  The plaintiff has not filed a timely opposition.  The motion sets forth adequate facts to warrant granting summary judgment.  With the plaintiff having failed to file affidavits in opposition to the motion, the court must take the defendant's affidavits as establishing facts not in genuine

dispute, and as a matter of law those facts entitle the defendant to summary judgment.  An order follows granting the motion.

[Signed above.]

Copies to:

Office of the United States Trustee; all counsel of record.